**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1294**

_____

In re:  VIVEK SHAH,

          Petitioner.

_____

On Petition for Writ of Mandamus
(Nos. 5:12-cr-00172-1; 5:13-cr-00127-1; 5:15-cv-07542)

_____

Submitted:  June 20, 2017                                    Decided:  June 22, 2017

_____

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Vivek Shah, petitioner pro se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivek Shah petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny Shah's petition and supplemental petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*